**JS 6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BESERRA, et al., ) | Case No.: CV 14-3325 DSF (Ex) |
| Plaintiffs, ) | |
| v. ) | JUDGMENT |
| ALLIED INSURANCE, et al., ) | |
| Defendants. ) | |
| _____ ) | |

The Court having granted the defendants' motion for summary judgment, IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 7/1/15

_____
Dale S. Fischer
United States District Judge